#46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE MONTALVO | : CIVIL ACTION NO. 301CV685 AVC |
| Plaintiff, | : |
| v. | : |
| HOME DEPOT U.S.A., INC. | : |
| Defendant. | : NOVEMBER 10, 2003 |

## MOTION, ON CONSENT, FOR PROTECTIVE ORDER

The parties in the above-captioned matter jointly move that the Court enters the attached protective order to govern the production of confidential, proprietary and/or other protected documents during the course of this action. It is further stipulated and agreed that pending formal approval by the Court, the attached protective order shall govern the conduct of the parties and any confidential documents produced by either party in advance of entry by the Court shall be subject to its terms.

DEFENDANT,
HOME DEPOT U.S.A., INC.

By _____
Jose M. Rojas
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5000
Its Attorneys

GRANTED.
Alfred V. Covello, U.S.D.J.
November 18, 2003.
SO ORDERED.