UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE MONTALVO | : CIVIL ACTION NO. 301CV685 AVC |
| Plaintiff, | : |
| v. | : |
| HOME DEPOT U.S.A., INC. | : |
| Defendant. | : DECEMBER 8, 2003 |

## TRIAL MEMORANDUM

This trial memorandum is submitted without the input of plaintiff's counsel. On December 4, 2003, the undersigned counsel provided this memorandum to plaintiff's counsel for input and revision. As of the date of this memorandum, plaintiff's counsel has not provided any revisions or a separate proposal. Plaintiff's counsel has indicated, however, that he may seek a continuance of the Court's deadline to submit a trial memorandum.

Home Depot is prepared to proceed to trial. This lawsuit was removed to federal court on April 20, 2001. Discovery has long been closed.

1. **TRIAL COUNSEL:**

**Counsel for Plaintiff:**
Enrico Vaccaro
1057 Broad Street
Bridgeport, CT 06604
Phone: (203) 333-3151
Fax: (203) 330-0865

**Counsel for Defendant**
Jose M. Rojas
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Phone: (860) 251-5000
Fax: (860) 251-5700

2. **JURISDICTION:**

The Court has diversity jurisdiction of this action pursuant to 28 U.S.C. § 1332.

3. **JURY/NON-JURY:**

The parties seek trial by jury.

4. **LENGTH OF TRIAL:**

It is estimated that this trial will last between two to five days

5. **FURTHER PROCEEDINGS:**

The defendant expects to file motions in limine relating to the admissibility of evidence.

6. **NATURE OF CASE:**

This is a personal injury case. Plaintiff alleges that while shopping at the Home Depot in Danbury, Connecticut, a bag of peat moss fell from a shelf above, striking plaintiff on the top of his head. Plaintiff claims that he sustained multiple injuries, the most serious

being to his cervical spine. Plaintiff further claims that his earning capacity is impaired as a result of this injury. Plaintiff alleges that his injuries and damages were the result of Home Depot's negligent and reckless conduct.

7. **TRIAL BY MAGISTRATE JUDGE:**

Not applicable.

8. **LIST OF WITNESSES**

a. Plaintiff's witnesses:

b. Defendant's witnesses:

    (1) Dmitri Ghecas, P.A.
        Primary Care Center
        41 German Town Road
        P.O. Box 860
        Danbury, CT 06813

    (2) Gary Yacono, M.D.
        Primary Care Center
        41 German Town Road
        P.O. Box 860
        Danbury, CT 06813

    (3) Thomas Malloy, M.D.
        Danbury Orthopedic Associates
        226 White Street
        Danbury, CT 06810

    (4)    Jarob Mushaweh, M.D.
             Neurosurgery Associates of Northwest Connecticut
             500 Chase Parkway
             Waterbury, CT 06708

    (5)    Michael Pietropaolo
             Consolidated Edison Company, Inc.
             4 Irving Place
             New York, NY 10003

9. **EXHIBITS**

    a.    <u>Plaintiff's Exhibits</u>:

    b.    <u>Defendant's Exhibits</u>:

        (1)    Medical note, Gary Yacono, M.D., 4/12/99
        (2)    Medical note, Gary Yacono, M.D., 4/15/99
        (3)    Medical note, Gary Yacono, M.D., 5/19/99
        (4)    X-ray report, 4/12/99
        (5)    Medical report, Daniel Fish, M.D., 1/12/96
        (6)    Medical report, Thomas Malloy, M.D., 4/21/99
        (7)    Health Insurance Claim form, 6/25/99
        (8)    Notices of discharge form, 10/1/99
        (9)    Danbury Orthopedic Medical History form, 4/21/99
        (10)   Naugatuck Physical Therapy Evaluation form, 4/26/99
        (11)   Medical bills, William Lewis, M.D., 5/25/99 – 4/26/01
        (12)   Patient Summary Report, William Lewis, M.D.
        (13)   Patient Intake form, William Lewis, M.D.
        (14)   Carlson Physical Therapy Initial Evaluation form, 11/21/00
        (15)   St. Vincent's Medical Center Account Inquiry form, 3/24/00

(16) St. Vincent's Medical Center, Department of Radiology report, 6/8/99
(17) St. Vincent's Medical Center Intake form, 8/9/00
(18) St. Vincent's Medical Center intake form, 8/11/00
(19) St. Vincent's Medical Center Account Information Sheet, 9/8/00
(20) Medical Report, Patrick Mastroianni, M.D., 6/11/02
(21) St. Vincent's Medical Center MRI Report, 6/24/02
(22) Medical Note, Patrick Mastroianni, M.D., 8/7/02
(23) Medical Record, Jesse Manlapaz, M.D., 10/9/91
(24) MRI Report, Danbury Hospital, 10/11/91
(25) New Milford Hospital Operation Records, 10/15/91
(26) Medical Record, Jesse Manlapaz, M.D., 1/27/92
(27) Medical Record, Jesse Manlapaz, M.D., 3/17/92
(28) Danbury Hospital Discharge Summary, 5/10/82
(29) Danbury Hospital Medical Record, 4/9/82
(30) Suveillance CD
(31) Plaintiff's compliance with Defendant's Interrogatories and Requests for Production, 10/31/01

10. **TRIAL TO COURT/JURY:**

Jury.

11. **JURY INSTRUCTIONS:**

Home Depot's proposed jury instructions are attached hereto.

DEFENDANT,
HOME DEPOT U.S.A., INC.

By _____
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone: (860) 251-5000
Telecopier: (860) 251-5775
Its Attorneys