```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

              JURY SELECTION CALENDAR

      HONORABLE ALFRED V. COVELLO, U.S.D.J.
                450 MAIN STREET
                   HARTFORD
              COURTROOM #1 - ANNEX
```

**February 5, 2004**

10:00 a.m.

CASE NO. **3:01cv685(AVC) Jose Montalvo v. Home Depot USA, Inc.**

Mark Kean Ostrowski
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Jose M. Rojas
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Enrico Vaccaro
Law Offices of Enrico Vaccaro
1057 Broad St.
Bridgeport, CT 06604

Marianne Wallace
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

```
                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK
```