**FILED**

2004 JAN 23 P 3: 47

UNITED STATES DISTRICT COURT. DISTRICT COURT
DISTRICT OF CONNECTICUT   HARTFORD, CT.

| | |
|---|---|
| JOSE MONTALVO | : CIVIL ACTION NO. 301CV685 AVC |
| Plaintiff, | : |
| v. | : |
| HOME DEPOT U.S.A., INC. | : |
| Defendant. | : JANUARY 23, 2004 |

### MOTION TO PRECLUDE EVIDENCE AND
### WITNESS TESTIMONY AND FOR DISMISSAL

Home Depot USA, Inc. ("Home Depot") hereby moves to preclude the admission of evidence and/or witness testimony and for the dismissal of the Complaint filed by Plaintiff, Jose Montalvo ("Montalvo"). As of the date of this motion, Montalvo has not: (1) disclosed any expert witnesses; (2) complied with the Orders of this Court, and in particular the Court's Order relating to the submission of a trial memorandum; and (3) has not complied with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3). Accordingly, Home Depot requests that the Court preclude Montalvo from offering any witnesses or evidence at trial. Because Montalvo should be precluded from introducing

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, via U.S. mail, postage prepaid, this the 23rd day of January 2004, to:

Enrico Vaccaro, Esq.
1057 Broad Street
Bridgeport, CT  06604

Jose M. Rojas

362762 v.01 S1

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT  06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, via U.S. mail, postage prepaid, this the 23rd day of January 2004, to:

Enrico Vaccaro, Esq.
1057 Broad Street
Bridgeport, CT 06604

Jose M. Rojas

362762 v.01 S1

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385