UNITED STATES DISTRICT COURT

DISTRICT  OF  CONNECTICUT

Jose Montalvo

V.                                    Case Number:  3:01CV00685(AVC

Home Depot USA, Inc.


NOTICE  TO  COUNSEL
--------------------


The above-entitled case was reported to the Court on January 27, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 26, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, January 27, 2004.


KEVIN F. ROWE, CLERK

By: ___/s/ JW_____
        Jo-Ann Walker
        Deputy Clerk