UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSE MONTALVO

   v.         CASE NO. 3:01CV00685(AVC)

HOME DEPOT U.S.A., INC.

_____ JUDGMENT

   Counsel of record having reported to the Court on January 27, 2004 that the above-entitled case had been settled on January 27, 2004, and no closing papers having been filed to date; it is hereby

   ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

   Dated at Hartford, Connecticut, this 27th day of February, 2004.

         KEVIN F. ROWE, CLERK


_____ By ___/s/ JW_____
           Jo-Ann Walker
           Deputy Clerk


EOD:_____