FILED

2004 MAR -9 P 1: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSE MONTALVO | :   CIVIL ACTION NO. 301CV685 AVC |
| Plaintiff, | : |
| v. | : |
| HOME DEPOT U.S.A., INC. | : |
| Defendants. | :   JANUARY 27, 2004 |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, through the signatures of their counsel on this Stipulation, stipulate to dismissal of this action with prejudice, in its entirety, and without costs or attorney's fees to either party.

DEFENDANT,
HOME DEPOT U.S.A., INC.

By_____
Jose M. Rojas
Federal Bar No. ct22569
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819
Its Attorneys

PLAINTIFF,
JOSE MONTALVO


By _____
Enrico Vaccaro, Esq.
Federal Bar No. ct 05632
1057 Broad Street
Bridgeport, CT 06604
His Attorney

2

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing Joint Stipulation for Dismissal with Prejudice was mailed, this ___ day of _____, 2004, to:

Jose M. Rojas, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

_____
Enrico Vaccaro

290102 v.01 S45

3

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385